Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18–31179–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antoinette M Fowler–Leach
   37 New Pond Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–3185

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        1/8/19
Time:        10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 13, 2018
JAN: vpm

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-31179-MBK
Antoinette M Fowler-Leach                                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Nov 13, 2018
                              Form ID: 132             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
```
db            +Antoinette M Fowler-Leach,   37 New Pond Lane,   Willingboro, NJ 08046-1908
517859064     +Burlington County OBGYN,   1000 Salem Road,   Willingboro, NJ 08046-2856
517833325     +Burlington County Sheriffs Office,   49 Rancocas Road,   Mount Holly, NJ 08060-1384
517863690     +Dannie Leach,   1622 Turnpike Road, Apt. 9,   Laurinburg, NC 28352-8782
517833319     +Ditech Financial LLC,   3000 Bayport Drive,   Suite 880,   Tampa, FL 33607-8409
517859061      Great Lakes Parent PLUS Loans,   P.O. Box 7860,   Madison, WI 53707-7860
517859065     +IC System, Inc.,   P.O. Box 64378,   Saint Paul, MN 55164-0378
517833323     +KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
517833324     +Pressler, Felt & Warshaw,   7 Entin Road,   Parsippany, NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517859062      E-mail/Text: bankruptcy@alliantcreditunion.com Nov 14 2018 00:23:20     Alliant Credit Union,
               11545 W Touhy Avenue,   Chicago, IL 60666
517859063     +E-mail/Text: bankruptcy@sccompanies.com Nov 14 2018 00:23:47     ASHRO/Swiss Colony,
               1515 S. 21st Street,   Clinton, IA 52732-6676
517833320      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 00:20:28     Capital One,
               P.O. Box 6492,   Carol Stream, IL 60197-6492
517833321      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 14 2018 00:20:31
               Capital One Auto Finance,   P.O. Box 60511,   City of Industry, CA 91716-0511
517844422     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2018 00:20:09
               Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517859066     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 14 2018 00:22:37     Kohl's/Capital One,
               P.O. Box 3115,   Milwaukee, WI 53201-3115
517833322     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 00:23:06     Midland Funding LLC,
               8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
517835356     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:26     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517859067     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:08     Synchrony Bank/JC Penney,
               P.O. Box 965007,   Orlando, FL 32896-5007
                                                                                              TOTAL: 11
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Jay B Feldman    on behalf of Debtor Antoinette M Fowler-Leach jay@leighton-law.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```