Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–31179–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Antoinette M Fowler–Leach
  37 New Pond Lane
  Willingboro, NJ 08046

Social Security No.:
  xxx–xx–3185

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/9/2018 and a confirmation hearing on such Plan has been scheduled for 3/26/2019 at 10:00 AM.

The debtor filed a Modified Plan on 3/9/2019 and a confirmation hearing on the Modified Plan is scheduled for 4/23/2019 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 11, 2019
JAN: gan

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 18-31179-MBK
Antoinette M Fowler-Leach                                        Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Mar 11, 2019
                              Form ID: 186             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db             +Antoinette M Fowler-Leach,    37 New Pond Lane,    Willingboro, NJ 08046-1908
r              +Keller Williams Burlington County,    620 Stokes Rd,    Suites A-D,    Medford, NJ 08055-2914
517859064      +Burlington County OBGYN,    1000 Salem Road,    Willingboro, NJ 08046-2856
517833325      +Burlington County Sheriffs Office,    49 Rancocas Road,    Mount Holly, NJ 08060-1384
517919770       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517863690      +Dannie Leach,    1622 Turnpike Road, Apt. 9,    Laurinburg, NC 28352-8782
517833319      +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
517859061       Great Lakes Parent PLUS Loans,    P.O. Box 7860,    Madison, WI 53707-7860
517859065      +IC System, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
517833323      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517833324      +Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517987805       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI, 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517859062       E-mail/Text: bankruptcy@alliantcreditunion.com Mar 12 2019 00:25:47      Alliant Credit Union,
                 11545 W Touhy Avenue,    Chicago, IL 60666
517859063      +E-mail/Text: bankruptcy@sccompanies.com Mar 12 2019 00:26:27      ASHRO/Swiss Colony,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
517833320       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 00:34:29       Capital One,
                 P.O. Box 6492,    Carol Stream, IL 60197-6492
517833321       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 12 2019 00:35:00
                 Capital One Auto Finance,    P.O. Box 60511,    City of Industry, CA 91716-0511
517844422      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2019 00:35:25
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517883568      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2019 00:34:29
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517943903       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 00:34:56
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517950255       E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2019 00:24:57      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517882786       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 12 2019 00:25:40      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517859066      +E-mail/Text: bncnotices@becket-lee.com Mar 12 2019 00:24:36      Kohl's/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
517833322      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 12 2019 00:25:22      Midland Funding LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517835356      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 00:34:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517859067      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 00:34:23      Synchrony Bank/JC Penney,
                 P.O. Box 965007,    Orlando, FL 32896-5007
                                                                                               TOTAL: 15

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.



I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2019                              Signature:  /s/Joseph Speetjens
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: 186             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay B Feldman    on behalf of Debtor Antoinette M Fowler-Leach jay@leighton-law.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```