UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Antoinette M Fowler-Leach

Case No.: 18-31179

Chapter: 13

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____ Jay B Feldman _____ for the reduction of time for a hearing on  Motion to Sell 37 New Pond Lane, Willingboro, NJ 08046
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ June 11, 2019 _____ at __9:00 am__ in the United States Bankruptcy Court, _____ 402 East State Street, Trenton, New Jersey 08608 _____, Courtroom No. __8__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, U.S. Trustee, and any and all interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*