Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31179−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antoinette M Fowler−Leach
   37 New Pond Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−3185

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/25/19 at 09:00 AM

to consider and act upon the following:

*53* − Creditor's Certification of Default (related document:30 Motion for Relief from Co−Debtor Stay of Dannie J. Leach filed by Creditor Ditech Financial LLC, Motion for Relief from Stay re: re: 37 New Pond Lane, Willingboro, NJ, 08046. Fee Amount $ 181., 34 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Ditech Financial LLC. Objection deadline is 06/3/2019. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certification # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/3/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court