UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LEIGHTON FELDMAN, LLC
24622 East Main Street
P.O. Box 461
Columbus, NJ 08022
Tel: (609) 298-4280
e-mail: jay@leighton-law.com
JAY B. FELDMAN, ESQ.
*Attorneys for the Debtor*

In Re:

ANTOINETTE M. FOWLER-LEACH

Order Filed on June 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-31179 |
| Hearing Date: | 6/11/19 |
| Judge: | Kaplan |
| Chapter: | 13 |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY AND GRANTING WAIVER OF 14-DAY STAY SET FORTH IN FED. R. BANKR. P. 6004(h)

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as 37 New Pond Lane, Willingboro, New Jersey 08046 (Block 1007, Lot 11) (the "Real Property"),

**IT IS HEREBY ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to <u>11 U.S.C. §§ 363(b)</u> and <u>1303</u>.

2. The proceeds of sale must be used to satisfy the liens on the Real Property unless the liens are otherwise avoided by Court Order. Until such satisfaction the Real Property is not free and clear of liens.

3.    X   The Debtor's Motion included a request to pay the real estate brokers and debtor's real estate attorney at closing. Therefore, the following professionals may be paid at closing:

Name of Professional: **Keller Williams**
Amount to be Paid: $3,891.00
Services Rendered: Debtor's Realtor; listed and marketed the Real Property for sale; secured the sale contract with the Purchaser

Name of Professional: **Century 21 Thomas Realty**
Amount to be Paid: $3,591.00
Services Rendered: Purchaser's Realtor; secured buyer of the Real Property

Name of Professional: **Leighton Feldman, LLC**
Amount to be Paid: $800.00
Services Rendered: Debtor's Real Estate Attorney; is representing the Debtor in connection with the sale of the Real Property; prepared attorney review letter; prepared letter agreement revisions to contract; communications with the realtors and the Debtor regarding the sale

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay any real estate broker's commissions and attorney's fees for the Debtor's attorneys on further Order of this Court.

4. Other closing fees payable to the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. Sale proceeds up to the amount of $23,675 claimed as exempt may be paid to the Debtor without further Order of this Court.

6. Any portion of the net sale proceeds due to Daniel (a/k/a "Dannie") J. Leach, the Debtor's former spouse and co-owner of the Real Property, may be paid to Mr. Leach in accordance with the terms of the Marital Property Settlement Agreement, without further Order of this Court.

7. The balance of any non-exempt sale proceeds must be paid to the Chapter 13 Trustee in the Debtor's case.

8. A copy of the HUD settlement statement or ALTA Combined Settlement Statement must be forwarded to the Chapter 13 Trustee within seven (7) days after the closing.

9. ☐ The Debtor must file a modified Chapter 13 plan not later than twenty (21) days after the date of this Order.

10. Other provisions: The fourteen (14) day stay set forth in Fed. R. Bankr. P. 6004(h) is hereby waived.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Antoinette M Fowler-Leach  
    Debtor

Case No. 18-31179-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Jun 13, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.  
db         +Antoinette M Fowler-Leach,   37 New Pond Lane,   Willingboro, NJ 08046-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com  
         Jay B Feldman    on behalf of Debtor Antoinette M Fowler-Leach jay@leighton-law.com  
         Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                     TOTAL: 6