Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−31179−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Antoinette M Fowler−Leach
    37 New Pond Lane
    Willingboro, NJ 08046

Social Security No.:
    xxx−xx−3185

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: wir

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Antoinette M Fowler-Leach  
    Debtor

Case No. 18-31179-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 08, 2019  
                    Form ID: 148     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.

```
db         +Antoinette M Fowler-Leach,    37 New Pond Lane,    Willingboro, NJ 08046-1908
sp         +Jennifer Leighton,    24622 East Main Street,    POB 461,    Columbus, NJ 08022-0461
r          +Keller Williams Burlington County,    620 Stokes Rd,    Suites A-D,    Medford, NJ 08055-2914
517859064  +Burlington County OBGYN,    1000 Salem Road,    Willingboro, NJ 08046-2856
517833325  +Burlington County Sheriffs Office,    49 Rancocas Road,    Mount Holly, NJ 08060-1384
517863690  +Dannie Leach,    1622 Turnpike Road, Apt. 9,    Laurinburg, NC 28352-8782
517833319  +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
517859061   Great Lakes Parent PLUS Loans,    P.O. Box 7860,    Madison, WI 53707-7860
517833323  +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517833324  +Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517987805   UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
             MADISON, WI, 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517859062   E-mail/Text: bankruptcy@alliantcreditunion.com Aug 09 2019 00:03:05     Alliant Credit Union,
             11545 W Touhy Avenue,    Chicago, IL 60666
517859063  +EDI: CBS7AVE Aug 09 2019 03:38:00      ASHRO/Swiss Colony,    1515 S. 21st Street,
             Clinton, IA 52732-6676
517833320   EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One,    P.O. Box 6492,
             Carol Stream, IL 60197-6492
517833321   EDI: CAPONEAUTO.COM Aug 09 2019 03:38:00      Capital One Auto Finance,    P.O. Box 60511,
             City of Industry, CA 91716-0511
517844422  +EDI: AISACG.COM Aug 09 2019 03:38:00      Capital One Auto Finance, a division of,
             AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517883568  +EDI: AISACG.COM Aug 09 2019 03:38:00      Capital One Auto Finance, a division of Capital On,
             P.O. Box 4360,    Houston, TX 77210-4360
517943903   EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
517919770   EDI: BL-BECKET.COM Aug 09 2019 03:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
517950255   E-mail/Text: bankruptcy.bnc@ditech.com Aug 09 2019 00:02:21     Ditech Financial LLC,
             P.O. Box 6154,    Rapid City, SD 57709-6154
517859065  +EDI: IIC9.COM Aug 09 2019 03:38:00      IC System, Inc.,    P.O. Box 64378,
             Saint Paul, MN 55164-0378
517882786   EDI: JEFFERSONCAP.COM Aug 09 2019 03:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
             Saint Cloud Mn 56302-9617
517859066  +E-mail/Text: bncnotices@becket-lee.com Aug 09 2019 00:01:58     Kohl's/Capital One,
             P.O. Box 3115,    Milwaukee, WI 53201-3115
517833322  +EDI: MID8.COM Aug 09 2019 03:38:00      Midland Funding LLC,    8875 Aero Drive,    Suite 200,
             San Diego, CA 92123-2255
517835356  +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517859067  +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank/JC Penney,    P.O. Box 965007,
             Orlando, FL 32896-5007
                                                                                               TOTAL: 17
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2                  Date Rcvd: Aug 08, 2019
                              Form ID: 148                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Jay B Feldman    on behalf of Debtor Antoinette M Fowler-Leach jay@leighton-law.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```