Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                        Case No.:  18−31179−MBK  
                        Chapter:  13  
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Antoinette M Fowler−Leach  
   37 New Pond Lane  
   Willingboro, NJ 08046

Social Security No.:  
   xxx−xx−3185

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      9/17/19  
Time:     02:00 PM  
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)  
Jay B Feldman, Debtor's Attorney

COMMISSION OR FEES  
FEES $3,820.00

EXPENSES  
$60.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 15, 2019
JAN: ckk

                                                Jeanne Naughton
                                                Clerk

Case 18-31179-MBK    Doc 87    Filed 08/17/19    Entered 08/18/19 00:28:39    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-31179-MBK
Antoinette M Fowler-Leach                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Aug 15, 2019
                              Form ID: 137           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db         +Antoinette M Fowler-Leach,    37 New Pond Lane,    Willingboro, NJ 08046-1908
sp         +Jennifer Leighton,    24622 East Main Street,    POB 461,    Columbus, NJ 08022-0461
r          +Keller Williams Burlington County,    620 Stokes Rd,    Suites A-D,    Medford, NJ 08055-2914
517859064  +Burlington County OBGYN,    1000 Salem Road,    Willingboro, NJ 08046-2856
517833325  +Burlington County Sheriffs Office,    49 Rancocas Road,    Mount Holly, NJ 08060-1384
517919770   Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517863690  +Dannie Leach,    1622 Turnpike Road, Apt. 9,    Laurinburg, NC 28352-8782
517833319  +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
517859061   Great Lakes Parent PLUS Loans,    P.O. Box 7860,    Madison, WI 53707-7860
517859065  +IC System, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
517833323  +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517833324  +Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517987805   UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
             MADISON, WI, 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517859062   E-mail/Text: bankruptcy@alliantcreditunion.com Aug 15 2019 23:57:39     Alliant Credit Union,
             11545 W Touhy Avenue,    Chicago, IL 60666
517859063  +E-mail/Text: bankruptcy@sccompanies.com Aug 15 2019 23:58:12     ASHRO/Swiss Colony,
             1515 S. 21st Street,    Clinton, IA 52732-6676
517833320   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 23:58:36     Capital One,
             P.O. Box 6492,    Carol Stream, IL 60197-6492
517833321   E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 15 2019 23:58:44
             Capital One Auto Finance,    P.O. Box 60511,    City of Industry, CA 91716-0511
517844422  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2019 23:59:44
             Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
             4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517883568  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2019 23:58:39
             Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517943903   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 23:59:08
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517950255   E-mail/Text: bankruptcy.bnc@ditech.com Aug 15 2019 23:56:53     Ditech Financial LLC,
             P.O. Box 6154,    Rapid City, SD 57709-6154
517882786   E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 15 2019 23:57:29     Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
517859066  +E-mail/Text: bncnotices@becket-lee.com Aug 15 2019 23:56:28     Kohl's/Capital One,
             P.O. Box 3115,    Milwaukee, WI 53201-3115
517833322  +E-mail/Text: bankruptcydpt@mcmcg.com Aug 15 2019 23:57:16     Midland Funding LLC,
             8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517835356  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 23:58:26     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517859067  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 23:58:26     Synchrony Bank/JC Penney,
             P.O. Box 965007,    Orlando, FL 32896-5007
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Aug 15, 2019
                              Form ID: 137             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:

```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Jay B Feldman    on behalf of Debtor Antoinette M Fowler-Leach jay@leighton-law.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```