UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LEIGHTON FELDMAN, LLC
24622 East Main Street
P.O. Box 461
Columbus, NJ 08022
Tel: (609) 298-4280
e-mail: jay@leighton-law.com
JAY B. FELDMAN, ESQ.
*Attorneys for the Debtor*

Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTOINETTE M. FOWLER-LEACH

| | |
|---|---|
| Case No.: | 18-31179 |
| Hearing Date: | 9/3/2019 |
| Judge: | Kaplan |
| Chapter: | 13 |

### ORDER GRANTING LEIGHTON FELDMAN, LLC'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Application for Compensation and Reimbursement of Expenses filed by the Debtor's counsel, Leighton Feldman, LLC (the "Application"), all interested parties having notice of the Application, any objections having been amicably resolved or overruled, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. Leighton Feldman, LLC, the applicant, is allowed a fee of $ 3,820.00 for legal services rendered and expenses/costs in the amount of $ 60.00 for a total of $ 3,880.00.

2. This allowance of fees and costs is payable outside the Debtor's plan.