UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LEIGHTON FELDMAN, LLC
24622 East Main Street
P.O. Box 461
Columbus, NJ 08022
Tel: (609) 298-4280
e-mail: jay@leighton-law.com
JAY B. FELDMAN, ESQ.
*Attorneys for the Debtor*

Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTOINETTE M. FOWLER-LEACH

| | |
|---|---|
| Case No.: | 18-31179 |
| Hearing Date: | 9/3/2019 |
| Judge: | Kaplan |
| Chapter: | 13 |

### ORDER GRANTING LEIGHTON FELDMAN, LLC'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2019**

*Michael B. Kaplan* (signature)

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Application for Compensation and Reimbursement of Expenses filed by the Debtor's counsel, Leighton Feldman, LLC (the "Application"), all interested parties having notice of the Application, any objections having been amicably resolved or overruled, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. Leighton Feldman, LLC, the applicant, is allowed a fee of $ 3,820.00 for legal services rendered and expenses/costs in the amount of $ 60.00 for a total of $ 3,880.00 .

2. This allowance of fees and costs is payable outside the Debtor's plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-31179-MBK
Antoinette M Fowler-Leach                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Sep 19, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
db             +Antoinette M Fowler-Leach,    37 New Pond Lane,    Willingboro, NJ 08046-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com
              Jay B Feldman    on behalf of Debtor Antoinette M Fowler-Leach jay@leighton-law.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7